

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2014

No. 04-14-00429-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**CASEY INDUSTRIAL, INC.,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-06252
Honorable Michael E. Mery, Judge Presiding

## O R D E R

The Appellee Casey Industrial's Motion for Extension of Time to File Brief is GRANTED IN PART. The brief is due on September 12, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court